# DIVIDENDS REMITTED TO THE COURT

Case Number 10-11099 - MANNING, GREGORY L.

R# 150795
/# 103

| Creditor | Claim No. | Check | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Express<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | 000002 | 103 | 91.45 | 3.12 |
| ---------- Remittance Total --------------- | | | 91.45 | 3.12 |

*Alan J. Treinish* (signature)

ALAN J. TREINISH, TRUSTEE

[FILED 10 AUG 19 PM 2:09]